UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No.: 6:14-CR-02-GFVT-HAI |
| V. | ) | |
| | ) | **ORDER** |
| JAMIE J. LEBEL, | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition ("R&R") of United States Magistrate Judge Hanly Ingram. [R. 21.] The Defendant, Jamie J. Lebel, was charged with violating his supervised release in a Supervised Release Violation Report ("the Report") dated June 23, 2017.

The Defendant began his initial supervised release term on August 20, 2012, and his case was transferred to the Eastern District of Kentucky on January 16, 2014. [*Id.* at 1.] He first violated the terms of his supervised release in June 2014 for driving under the influence. [*Id.*] He began his second term of supervised release on December 11, 2014. The USPO filed a Violation Report on June 23, 2017, alleging two violations, the first for viewing or possessing pornographic material on his smartphone and the second for using alcohol. [*Id.* at 3.]

Upon evaluation of the entire record, including the most recent Supervised Release Violation Report and accompanying documents and the sentencing materials from the underlying judgments in this District, Magistrate Judge Ingram issued an R&R recommending revocation

with a term of imprisonment of nine (9) months with three years of supervised release to follow. [*Id.* at 9.] The Defendant has waived his right to allocution. [R. 22.]

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's recommended disposition are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Magistrate's Recommended Disposition [**R. 21**] as to Jamie J. Lebel is **ADOPTED** as and for the Opinion of the Court;

2. Jamie J. Lebel is found to have violated the terms of his Supervised Release as set forth in the Petition filed by the United States Probation Office and the Recommended Disposition of the Magistrate Judge;

3. Mr. Lebel's Supervised Release is **REVOKED**;

4. Mr. Lebel is hereby sentenced to a period of **nine (9) months**; and

5. Mr. Lebel's term of imprisonment will be followed by three (3) years of supervised release under the conditions previously imposed.

This the 22nd day of September, 2017.

Gregory F. Van Tatenhove
United States District Judge